Thomas A. Brown II (TB1642)
Morea Schwartz Bradham Friedman & Brown LLP
444 Madison Avenue, 4th Floor
New York, New York 10022
Phone: (212) 695-8050
Email: tbrown@msbllp.com
*Attorneys for Plaintiff Equiom (Isle of Man)*
*Limited (as Trustee of the Lausar Settlement Trust)*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------------------------------x

| | |
|---|---|
| EQUIOM (ISLE OF MAN) LIMITED (as Trustee of the Lausar Settlement Trust)  Plaintiff,  v.  ROBERT JACOBS, COREY SINGMAN, ROBO ASSOCIATES LLC, and LLOYD HARBOR PARTNERS LLC  Defendants. | Civil Action No. 16-04362 (CCC) (JBC) |

------------------------------------------------------------x

## DEFAULT JUDGMENT FOR A SUM CERTAIN

The relief set forth on the following page is ORDERED.

1

Default having been entered on August 31, 2016, against the following defendants:

i) Corey Singman

ii) Lloyd Harbor Partners LLC

And for good cause shown,

JUDGMENT by default is entered as authorized by Fed. R. Civ. P. 55(b)(1) in the sum of $500,000.00 plus interest against said defendants and in favor of Plaintiff Equiom (Isle of Man) Limited (as Trustee of the Lausar Settlement Trust).

Dated:

**WILLIAM T. WALSH**

William T. Walsh, Clerk of Court

*Christine Molilly*
*Deputy Clerk*

2